

# NUMBER 13-26-00219-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

EMIKO SHIROMA ALLGOOD,                                    Appellant,

v.

THE STATE OF TEXAS,                                    Appellee.

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF ARANSAS COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Justices Silva, Peña, and Fonseca
### Memorandum Opinion by Justice Fonseca

This cause is before the Court upon its own motion. On March 13, 2026, appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number A-19-5203-CR. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents before use, the trial court has certified that this is a plea bargain case and appellant "has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On March 17, 2026, we ordered appellant's counsel to review the record and determine whether appellant had the right to appeal. Appellant has not responded to the notice and has not otherwise established the right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, and 44.3. Accordingly, this case is dismissed for want of jurisdiction.

YSMAEL D. FONSECA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
14th day of May, 2026.

2